UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA WICKER,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant. | Case No. 23-cv-04269-LB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

　　**IT IS SO ORDERED.**

Dated: August 24, 2023

_____
LAUREL BEELER
United States Magistrate Judge