UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA WICKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>　　Defendants. | Case No.  23-cv-04269-LB<br><br>**PROCEDURAL ORDER FOR REVIEW OF SOCIAL SECURITY DECISION UNDER 42 U.S.C. 405(g)** |

TO PARTIES AND COUNSEL OF RECORD IN THE ABOVE ACTION:

This action seeks review of a decision by the Commissioner of Social Security denying plaintiff Social Security payments. The parties are reminded that the Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Commissioner complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed. 42 U.S.C. § 405(g).

Pursuant to the Supplemental Rules for Social Security Action under 42 U.S.C. § 405(g), the following schedule will apply in this case:

1. Defendant shall serve and file an answer within 60 days after notice of the action is given under Supplemental Rule 3. An answer may be limited to a certified copy of the administrative records, and to any affirmative defenses under Fed. R. Civ. P. 8(c).

2. The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed.

3. The Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief.

4. The plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief.

5. Unless the court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Mark B. Busby, CLERK

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Anna Sprinkles, Deputy Clerk